|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | United States District Court<br>Southern District of Texas<br>**ENTERED**<br>August 11, 2022<br>Nathan Ochsner, Clerk |

UNITED STATES OF AMERICA §
§
v. § CRIMINAL NO: **4:22-cr-395**
§
MARCOS TREVINO §

### ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a  CRIMINAL INFORMATION  has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on August 22, 2022 at 2:00 p.m. Upon appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following conditions of release.

Defendant

MARCOS TREVINO
9418 Lancaster Drive,
Iola, Texas 77861

☐ Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on  August 11, 2022

*Dena Palermo*
UNITED STATES MAGISTRATE JUDGE