In the United States District Court
Southern District of Texas
Houston Division

| | |
|---|---|
| United States of America<br>v.<br>Marcos Trevino | No. 4:22-MJ-0819 |

### Order on Defendant's Motion to Modify Conditions of Release

On Defendant's motion, he may travel throughout the Eastern, Western, Northern, and Southern Districts of Texas, with the exception of the border counties:

- Cameron,
- Hidalgo,
- Starr, Zapata,
- Webb,
- Maverick,
- Kinney,
- Val Verde,
- Terrell,
- Brewster,
- Presidio,
- Jeff Davis,
- Hudspeth, and
- El Paso.